No. 94–16. FARMER ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 94–17. STEPHENS *v.* IVEY ET AL. Ct. App. Ga. Certiorari denied.

No. 94–19. WATERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–21. DUKE ET AL. *v.* SMITH, SECRETARY OF STATE OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–24. KYLE *v.* CAMPBELL SOUP CO. C. A. 9th Cir. Certiorari denied.

No. 94–25. AMBASSADOR BOOKS & VIDEO, INC., ET AL. *v.* CITY OF LITTLE ROCK, ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 94–26. BAUTISTA RIVERA *v.* COURT OF APPEAL OF CALIFORNIA, FIRST APPELLATE DISTRICT. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–27. BOWSER *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–28. TATE *v.* GILLIAM, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–29. DAVIS *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 94–30. CODDINGTON, PERSONALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CODDINGTON, DECEASED *v.* WABASH LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–31. RIGGINS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–34. GOODMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–36. ANDERSON *v.* BUSMAN ET AL. Sup. Ct. Va. Certiorari denied.